

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00077-CV

Harry Oliver **WINKENHOWER**,
Appellant

v.

George Allan **SMITH**, Independent Executor of the Estate of Lyda Catherine Smith, Deceased,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000018
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that appellee recover costs of appeal from appellant.

SIGNED November 10, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice